### Commonwealth *v.* Cooper, Appellant.

Submitted September 14, 1970. *Patrick James O'Connor,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Dabbs, Appellant.

Submitted September 17, 1970. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.